IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SHERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CA REAL ESTATE COMMISSIONER DAVI,<br><br>　　　　Defendant.<br>_____/ | No. CIV S-07-0396 DFL EFB PS |
| JOSEPH A. SHERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CA REAL ESTATE COMMISSIONER DAVI,<br><br>　　　　Defendant.<br>_____/ | No. CIV S-06-1217 GEB GGH PS<br><br><u>ORDER</u> |

　　　　On February 27, 2007, plaintiff filed a document styled "Complaint For Injunctive Relief, Motion For Construal As Amended Complaint," using the same caption and listing the identical defendant to his previously filed case, Civ. S-06-1217 GEB GGH PS. Due to clerical error, the February 27, 2007, second amended complaint was opened as a new case, Civ. S-07-0396 DFL EFB PS. By letter filed May 17, 2007, plaintiff clarified that he was attempting to file a second

1

amended complaint in Civ. S-06-1217 GEB GGH PS.

Accordingly, it is hereby ORDERED that:

1. The Clerk is directed to remove the February 27, 2007, complaint from Civ. S-07-0369 DFL EFB PS and to docket it as a second amended complaint in Civ. S-06-1217 GEB GGH PS, with a filing date of February 27, 2007;

2. The Clerk is further directed to place a copy of plaintiff's May 17, 2007, clarification letter in Civ. S-06-1217 GEB GGH PS; and,

3. The Clerk is directed to close Civ. S-07-0369 DFL EFB PS.

DATED:  May 21, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE