IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARCH SHERMAN,

        Plaintiff,                CIV-S-06-1217 GEB GGH PS

  vs.

JEFFREY DAVI,

        Defendant.              ORDER

_____/

        Defendant's amended motion to dismiss presently is calendared for hearing on August 2, 2007.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.[1]  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. August 2, 2007 hearing on the amended motion to dismiss, filed June 12, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 7/27/07                           /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:Sherman1217.vac.wpd

---

[1] Plaintiff has not filed an opposition.

1