IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,               2:06-cv-1217-GEB-GGH-PS

    vs.

CA. REAL ESTATE COMMISSIONER DAVI,

      Defendant.            ORDER

_____/

        On November 5, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on November 16, 2007, and they were considered by the district judge.[1]

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

---

[1] Plaintiff filed a belated request for extension of time to file an opposition to the motion to dismiss. That request is denied; however, the court has considered the substantive arguments raised in the objections.

1

(1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed November 5, 2007, are ADOPTED; and

2. Defendant's motion to dismiss, filed June 6, 2007, is granted, and this action is dismissed with prejudice.

Dated:  January 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge